# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 09-00123-01-CR-W-GAF |
| ) | |
| JAVON A. LOONEY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now pending before the Court is Defendant's Motion to Suppress Evidence (Doc. #24) on the grounds that the search of his vehicle was conducted in violation of the Fourth Amendment. Defendant requests that the firearm recovered from the vehicle, as well as his subsequent statements be suppressed.

On August 4, 2009, United States Magistrate Judge Robert E. Larsen conducted an evidentiary hearing on the motion to suppress.

On October 15, 2009, United States Magistrate Judge Robert E. Larsen issued his Report and Recommendation (Doc. #44).

Upon careful and independent review of the pending motion, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Robert E. Larsen.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress Evidence (Doc. #24) is OVERRULED and DENIED.

SO ORDERED.

s/ Gary A. Fenner<br>
Gary A. Fenner, Judge<br>
United States District Court

DATED: October 27, 2009